UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN LEAF,

    Plaintiff,                                         Case No: 16-12149
                                                      Honorable Victoria A. Roberts

v.

NICHOLAS WINDING REFN et al.

    Defendants.
_____/

## ORDER GRANTING NICHOLAS REFN'S MOTION TO DISMISS [DOC. #34] AND GRANTING DEFENDANTS' MOTION TO DISMISS [DOC. #31]

Martin Leaf ("Leaf") filed a Complaint against Nicolas Winding Refn ("Refn"), Bold Films Inc., Albert Brooks, John Palermo, Sony Pictures Entertainment Inc., Netflix Inc., Amazon.com Inc., Apple Inc., Google Inc., American Multi-Cinema Inc., and Marc Platt Productions, Inc. (collectively "Defendants").

On June 20, 2017, the Court held a hearing on Refn's Motion to Dismiss Leaf's Complaint for insufficient service of process [Doc. 34] and Defendants' motion to dismiss Leaf's First Amended Complaint [Doc. 31].

Attending were Martin Leaf and Samuel Gunn representing the Plaintiff and Harrison J. Dossick representing Defendants, James E. Stewart representing all Defendants except Apple Inc., Brian Michael Willen representing Google Inc., and, Jessica A. Sprovtsoff representing Apple Inc.

1

For the reason stated on the record, Nicholas Refn's motion to dismiss for improper service is **GRANTED WITH PREJUDICE** and Defendants' motion to dismiss Martin Leaf's First Amended Complaint is **GRANTED WITH PREJUDICE**.

**IT IS ORDERED.**

S/Victoria A. Roberts
United States District Judge

Dated: June 20, 2017